**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| LYNN WHITE, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Case No. 2:17-cv-10563-SFC-RSW |
| v. ) | |
| ) | Judge Sean F. Cox |
| STANDARD INSURANCE ) | |
| COMPANY, ) | Magistrate Judge R. Steven Whalen |
| ) | |
| *Defendant* ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Lynn White ("Plaintiff"), by her attorney, Greg M. Liepshutz, and defendant, Standard Insurance Company ("Standard"), by its attorney, Warren von Schleicher, hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| By: /s/ Greg M. Liepshutz (with consent) | By: /s/ Warren von Schleicher |
| Attorney for Plaintiff, | Attorney for Defendant, |
| Lynn White | Standard Insurance Company |
| | |
| Greg M. Liepshutz (P37573) | Warren von Schleicher (IL-6197189) |
| Levine Benjamin, P.C. | SMITH \| VON SCHLEICHER + ASSOCIATES |
| 100 Galleria Officentre, Suite 411 | 180 North LaSalle St. Suite 3130 |
| Southfield, MI 48034 | Chicago, Illinois 60601 |
| P: 248-352-5700 | P: 312-541-0300 |
| gliepshutz@levinebenjamine.com | warren.vonschleicher@svs-law.com |

SO ORDERED:

Dated: September 13, 2017            s/Sean F. Cox
                                                          Sean F. Cox
                                                          U. S. District Judge